## DAWSON V. THE STATE.

*Assault With Weapon.*

(Decided June 30, 1906.　41 So. Rep. 803.)

APPEAL from Coosa Circuit Court.
Heard before Hon. GEORGE A. SORRELL, Special Judge.
D. H. RIDDLE, for appellant.
MASSEY WILSON, Attorney General, for State.
Affirmed.
Opinion by SIMPSON, J.
TYSON, ANDERSON and DENSON, JJ., concur.

---

## WILSON V. TAYLOR.

*Assumpsit.*

(Decided June 30, 1906.　41 So. Rep. 824.)

APPEAL from Houston Circuit Court.
Heard before Hon. TERRY RICHARDSON.
REID & HILL, for appellant.
ESPY & FARMER, for appellee.
Reversed and remanded.
Opinion by DOWDELL, J.
WEAKLEY, C. J., HARALSON and DENSON, JJ., concur.

---

## SMITH V. COLLINS.

*Bill to Annull Lease Contract.*

(Decided June 30, 1906.　41 So. Rep. 826.)

APPEAL from Jefferson Chancery Court.
Heard before Hon. JOHN J. ALTMAN.
VAUGHAN & DAVIDSON, and SMITH & SMITH, for appellant.
SHUGART & BELL, for appellee.
Affirmed.
Opinion by TYSON, J.
WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.